John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, NV 89117
Tel: (702) 853-5490
Fax: (702) 227-1975
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KATIE ROCK, individually, and as parent and legal guardian of ELI KEEN, <br><br> Plaintiffs, <br><br> vs. <br><br> LOWE'S HOME CENTERS, LLC, a Foreign Limited Liability Company; DOES I-X, DOE EMPLOYEES 11-20 inclusive; and ROE CORPORATIONS A-Z, inclusive, <br><br> Defendants. | Case No. 2:26-cv-01332-EJY <br><br> **STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE AMENDED COMPLAINT** |

WHEREAS on January 14, 2026, Plaintiffs filed their Complaint in the Third Judicial District Court.

WHEREAS on April 30, 2026, Defendant filed a Petition for Removal.

WHEREAS Plaintiffs seeks to file an Amended Complaint, a copy of which is attached hereto as **Exhibit 1**.

IT IS HEREBY STIPULATED by and between Plaintiffs KATIE ROCK, individually, and as parent and legal guardian of ELI KEEN, and Defendant LOWE'S HOME CENTERS, LLC, by and through their respective counsel, that:

1.      Plaintiffs should be granted leave to amend to file their Amended Complaint, a copy of which is attached hereto as **Exhibit 1**.

/ / /

/ / /

2.    Defendant's responsive pleading shall be due fourteen (14) days after the Amended Complaint is filed.

IT IS SO STIPULATED.

Dated this 26th day of May, 2026.          Dated this 26th day of May, 2026.

**ALDRICH LAW FIRM, LTD.**

/s/ Catherine Hernandez
John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
7866 West Sahara Avenue
Las Vegas, NV 89117
Tel: (702) 853-5490
Fax: (702) 227-1975
*Attorneys for Plaintiffs*

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/s/ Jorge A. Ramirez
Jorge A. Ramirez, Esq.
Nevada Bar No. 6787
Patrick O. Tarzi, Esq.
Nevada Bar No. 15823
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
(702) 727 1264;
FAX (702) 727 1401
*Attorneys for Defendant Lowe's Home Centers, LLC*

**ORDER**

The Court having reviewed the foregoing Stipulation and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiffs are granted leave to amend to file their Amended Complaint, a copy of which is attached hereto as **Exhibit 1**.

IT IS FURTHER ORDERED that Defendant's responsive pleading shall be due fourteen (14) days after the Amended Complaint is filed.

IT IS FURTHER ORDERED that the Amended Complaint is deemed filed as of the date this Order is transmitted via the CM/ECF system.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Date:  May 28, 2026