John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, NV 89117
Tel: (702) 853-5490
Fax: (702) 227-1975
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KATIE ROCK, individually, and as parent and legal guardian of ELI KEEN, | Case No. 2:26-cv-01332-EJY |
| Plaintiffs, | |
| vs. | **STIPULATED DISCOVERY PLAN AND ~~[PROPOSED]~~ SCHEDULING ORDER** |
| LOWE'S HOME CENTERS, LLC, a Foreign Limited Liability Company; DOES I-X, DOE EMPLOYEES 11-20 inclusive; and ROE CORPORATIONS A-Z, inclusive, | **SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure and Local Rule 26-1(b), Plaintiffs KATIE ROCK, individually, and as parent and legal guardian of ELI KEEN ("Plaintiffs") and Defendant LOWE'S HOME CENTERS, LLC ("Defendant"), by and through their respective counsels of record, having conducted an FRCP 26(f) conference on June 25, 2026, hereby stipulate to the following discovery plan and scheduling order:

1.      **DISCOVERY CUT-OFF DATE.**  Defendant first appeared on June 10, 2026. The discovery period shall be 180 (days) from the Court's Minute Order [Doc. #19] dated July 9, 2026.  The discovery cut-off shall be **January 5, 2027.**

2.      **LAST DAY TO AMEND PLEADINGS AND/OR ADD PARTIES.**  The last date for filing motions to amend the pleading or to add parties shall not be later than 90 days prior to the close of discovery. In this action, the last date for filing motions to amend the pleadings or add parties shall be **October 7, 2026**.

3. **DISCLOSURE OF EXPERTS.** The last date for initial disclosure of expert witnesses shall be 60 days before the close of discovery date. In this action, the last date for disclosure of experts shall be **November 6, 2026**.

4. **REBUTTAL EXPERTS.** The Rebuttal expert disclosures shall be made 30 days after the initial disclosure of experts, i.e., **December 7, 2026**.

5. **DISPOSITIVE MOTIONS.** The last date for filing dispositive motions shall not be later than 30 days after the discovery cut-off date. In this action, the last date for filing dispositive motions will be **February 4, 2027**.

6. **PRE-TRIAL ORDER.** The joint pretrial order shall be filed no later than 30 days after the date set for filing dispositive motions. In this action, the joint pretrial order shall be filed on or before **March 8, 2027**. If dispositive motions are filed the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

7. **F.R.C.P. 26(a)(3) DISCLOSURES.** The disclosures required by FRCP 26(a)(3) shall be made no later than fourteen (14) days before the deadline for the joint pretrial order.

8. The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation and at this time do not consent.

9. The parties do not consent to trial by a magistrate judge under 28 U.S.C. §636(c) and Fed. R. Civ. P. 73 or the use of the Short Trial Program (General Order 2013-01).

/ / /

/ / /

/ / /

/ / /

/ / /

10.   **ELECTRONIC EVIDENCE.** The parties certified that they discussed whether they intend to present evidence in electronic format to jurors, and the parties determined at this time there would not be any. If the parties revisit the presentation of electronically stored information, they will file the appropriate stipulation with the Court.

Dated this 10th day of July, 2026.

**ALDRICH LAW FIRM, LTD.**

/s/ John P. Aldrich
John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
7866 West Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiffs*

Dated this 10th day of July, 2026.

**WILSON ELSER**

/s/ Patrick Tarzi
Jorge A. Ramirez, Esq.
Nevada Bar No. 6787
Patrick Tarzi, Esq.
Nevada Bar No. 15823
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
*Attorneys for Defendant Lowe's Home Centers, LLC*

## ORDER

IT IS SO ORDERED.

DATED this __10th__ day of _____July_____, 2026.

_____
UNITED STATES MAGISTRATE JUDGE