**JORGE A. RAMIREZ, ESQ.**
Nevada Bar No. 6787
E-mail: Jorge.Ramirez@wilsonelser.com
**PATRICK TARZI, ESQ.**
Nevada Bar No. 15823
E-mail: Patrick.Tarzi@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
*Attorneys for Defendant Lowe's Home Centers, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATIE ROCK, individually, and as parent and legal guardian of ELI KEEN,<br><br>Plaintiffs,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, a Foreign Limited Liability Company; DOES I-X, DOE EMPLOYEES 11-20, inclusive; and ROE CORPORATIONS A-Z, inclusive,<br><br>Defendants. | Case No.: 2:26-CV-01332-EJY<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DISCOVERY (FIRST REQUEST)** |

Pursuant to LR IA 6-1 and LR 26-3, the parties, by and through their attorneys of record, Defendant has requested, and Plaintiff has agreed and stipulates, to an extension of certain discovery deadlines for the reasons set forth below. This is the first request for an extension.

**A. DISCOVERY COMPLETED**

a. The parties participated in the FRCP 26(f) Conference on June 25, 2026.

b. Plaintiffs served their Initial FRCP 26(a)(1) Disclosures on June 10, 2026.

c. Plaintiff Katie Rock served her First Set of Interrogatories and Requests for Production on July 10, 2026.

d. Defendant served its First Set of Interrogatories and Requests for Production to Plaintiffs on July 31, 2026.

e. Plaintiffs served their First Supplemental FRCP 26(a)(1) Disclosures on August 6, 2026.

f. Defendant served its Initial FRCP 26(a)(1) Disclosures on August 17, 2026.

g. Plaintiffs served their Initial Designation of Expert Witnesses on August 31, 2026.

h. Plaintiffs served their Second Supplemental FRCP 26(a)(1) Disclosures on August 31, 2026.

i. Defendant served its responses to Plaintiff's First Set of Interrogatories and Requests for Production on September 8, 2026. Subsequently, Plaintiffs' counsel sent a discovery dispute letter, counsel for the parties met and conferred, and in Plaintiffs' view, there remain outstanding issues still to be addressed, including but not limited to, supplemental discovery responses, possible spoliation issues/lack of production of evidence, and related discovery and evidence issues.

j. Defendant served its First Supplemental FRCP 26(a)(1) Disclosures on September 8, 2026.

k. Plaintiffs served their responses to Defendant's First Set of Interrogatories and Requests for Production on September 8, 2026

l. Plaintiffs served their Third Supplemental FRCP 26(a)(1) Disclosures on September 9, 2026.

m. Defendant served its Second Supplemental FRCP 26(a)(1) Disclosures on September 11, 2026.

n. Defendant served its Third Supplemental FRCP 26(a)(1) Disclosures on September 23, 2026.

o. Plaintiffs served their Fourth Supplemental FRCP 26(a)(1) Disclosures on September 25, 2026.

p. Plaintiffs served a Request for Inspection on September 25, 2026.

q. Defendant served its Fourth Supplemental FRCP 26(a)(1) Disclosures on September 29, 2026.

r. Defendant served its Fifth Supplemental FRCP 26(a)(1) Disclosures on September 29, 2026.

s. Plaintiffs served their First Supplemental Designation of Expert Witnesses on September 29, 2026.

t. The deposition of Defendant's FRCP 30(b)(6) Representative was taken on September 30, 2026

u. Defendant served its Sixth Supplemental FRCP 26(a)(1) Disclosures on September 30, 2026.

v. Plaintiff Katie Rock served her Second Set of Requests for Production of Documents on Defendant on October 1, 2026.

w. Defendant served its Seventh Supplemental FRCP 26(a)(1) Disclosures on October 5, 2026.

x. Plaintiffs served their Fifth Supplemental FRCP 26(a)(1) Disclosures on October 7, 2026.

## II. DISCOVERY THAT REMAINS TO BE COMPLETED

a. The deposition of Plaintiff Katie Rock is scheduled on October 28, 2026.

b. Continue discussions and possible supplementation of Defendant's discovery responses related to the discovery dispute letter sent by Plaintiffs to Defendant.

c. Additional fact witness depositions.

d. Expert witness disclosures.

e. Expert depositions.

f. Treating physician depositions.

g. Additional discovery yet to be determined as may be necessary.

## III. REASONS WHY REMAINING DISCOVERY WAS NOT COMPLETED

The parties have been working cooperatively to advance this litigation. Plaintiffs have been working very hard to maintain the current discovery deadlines, including disclosing multiple expert witness disclosures well in advance of the expert witness deadline. Plaintiffs have also promptly moved the case forward, have taken the deposition of Defendant's FRCP 30(b)(6) witness, and has attempted to obtain supplemental discovery responses via the discovery dispute process.

Defendant's counsel recently advised Plaintiffs' counsel that Defendant is still working to obtain Plaintiffs' medical records and asked for an extension of the deadlines. Plaintiffs agreed to the request, and stipulate to it, but intend that this will be the only extension. The parties expect to continue to supplement their FRCP 26(a)(1) disclosures, as discovery continues to include additional witness identifications and document productions. As such, the parties stipulate to additional time to provide necessary information to their respective experts.

The parties reserve all rights regarding the discovery that has occurred thus far in the case. Counsel has discussed the matter and come to an agreement to extend the following deadlines.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## IV. ~~PROPOSED~~ SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY

| Description of Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Initial Expert Disclosures | November 6, 2026 | December 21, 2026 |
| Rebuttal Expert Disclosures | December 7, 2026 | January 21, 2027 |
| Discovery Cut-Off | January 5, 2027 | February 19, 2027 |
| Dispositive Motions | February 4, 2027 | March 22, 2027 |
| Joint Pretrial Order | March 8, 2027 | April 22, 2027 |

**IT IS SO STIPULATED.**

DATED this 14 day of October, 2026

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

BY: _/s/ Jorge Ramirez_
Jorge A. Ramirez, Esq.
Nevada Bar No. 6787
Patrick Tarzi, Esq.
Nevada Bar No. 15823
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
*Attorneys for Defendant Lowe's Home Centers, LLC*

DATED this 14 day of October, 2026

**ALDRICH LAW FIRM**

BY: _/s/ John Aldrich_
John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
7866 West Sahara Ave.
Las Vegas, Nevada 89117
*Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: October 14, 2026



401241212v.1